# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-cr-0085-RLH-LRL |
| vs. | ) | **O R D E R** |
| MARTIN VOHWINKEL, | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#22, filed August 27, 2010), entered by the Honorable Lawrence R. Leavitt, regarding Defendant's Motion to Suppress and Request for *Franks* Hearing (#17). Objections (24) were filed to Magistrate Judge Leavitt's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The United States has filed an Opposition (#25) thereto, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leavitt should be accepted and adopted.

/ / / /

1

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and Recommendation (#22, entered August 27, 2010) is ACCEPTED and ADOPTED; Defendant Vohwinkel's Motion to Suppress and Request for *Franks* Hearing (#17) are denied.

Dated: September 8, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**